**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST<br>712 H Street, N.E.<br>Suite 1682<br>Washington, D.C. 20002,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street NW, Suite 9272<br>Washington, DC 20503<br><br>Defendant. | ) | Civil Case No. 1:26-cv-2924 |

## COMPLAINT

1. Plaintiff Protect the Public's Trust ("PPT") brings this action against Defendant Office of Management and Budget ("OMB") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel OMB's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff PPT is a nonprofit corporation dedicated to restoring public trust in government by promoting the fair and equal application of the rules and standards of ethical

conduct to all public servants. PPT seeks to promote transparency and broadly disseminate information so that the American people can evaluate the integrity and ethical conduct of those who act in their name.

5. Defendant OMB is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). OMB has possession, custody, and control of records responsive to Plaintiff's FOIA requests.

## STATEMENT OF FACTS

6. On February 19, 2025, PPT submitted a FOIA request to OMB seeking records of communications between the submitter of an attached FOIA request (submitted by Citizens for Responsibility and Ethics in Washington ("CREW") on December 19, 2024, seeking records concerning the Department of Government Efficiency ("DOGE")) and the FOIA officer(s) responsible for communicating with the requestor (herein referred to as "Request 1" and attached hereto as Exhibit "A").

7. On February 21, 2025, PPT submitted a second FOIA request to OMB seeking records released responsive to the CREW December 19, 2024 FOIA request (herein referred to as "Request 2" and attached hereto as Exhibit "B").

8. On February 26, 2025, OMB acknowledged receipt of Request 2 and assigned it OMB FOIA number 2025-832 (Exhibit "C").

9. On March 3, 2025, OMB acknowledged receipt of Request 1 and assigned it OMB FOIA number 2025-857 (Exhibit "D").

10. On December 3, 2025, PPT sought an update from OMB regarding Request 2 (Exhibit "E").

11. On February 17, 2026, PPT again sought an update from OMB regarding Request 2 (Exhibit “F”).

12. As of the date of filing this Complaint, PPT has not received any substantive response, any responsive documents, or any further communication from OMB regarding Requests 1 or 2.

13. Requests 1 and 2 seek documents in the public interest because disclosure will contribute significantly to public understanding of the operations and activities of OMB, including OMB’s handling of FOIA requests concerning DOGE and communications between FOIA requestors and OMB FOIA officers. The public has a substantial interest in understanding how OMB processes and responds to FOIA requests related to DOGE, given the significant public attention and controversy surrounding DOGE’s activities and impact on federal government operations.

14. OMB has failed to make any determination with regard to PPT’s FOIA Requests despite more than 525 days having elapsed since Request 2 was submitted and more than 520 days having elapsed since Request 1 was submitted. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). OMB has not produced any responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its right to appeal any adverse determination.

15. OMB has thus violated its obligations under FOIA.

16. Because OMB has failed to make any determination within the time period required by law, PPT has constructively exhausted its administrative remedies and is entitled to immediate judicial review.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

17. PPT repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

18. PPT's FOIA requests to OMB discussed above were properly submitted requests for records within the possession, custody, and control of OMB.

19. OMB is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

20. OMB is wrongfully withholding non-exempt agency records requested by PPT by failing to produce any records responsive to PPT's requests.

21. OMB's complete failure to respond to PPT's FOIA requests and produce any non-exempt responsive records violates FOIA.

22. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring OMB to promptly produce all non-exempt records responsive to PPT's FOIA requests and provide a *Vaughn* index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff PPT respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until OMB complies with the requirements of FOIA and any and all orders of this Court.

B) Order OMB to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to PPT's

requests and a *Vaughn* index justifying the withholding of all or any part of any responsive records that are withheld under claim of exemption.

C) Award PPT the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant PPT other such relief as the Court deems just and proper.

Dated: August 19, 2026

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST

By Counsel:

/s/*James E. Trainor III*
James E. Trainor III
D.C. Bar ID: TX0112
Dhillon Law Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
(415)433-1700
jtrainor@dhillonlaw.com

*Counsel for the Plaintiff*